UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, CHARLESTON, SC

2006 JUL 28  A 10: 17

| | |
|---|---|
| Tyrone Lorenzo Robinson #235104, | Civil Action No. 2:06-1602-SB |
| Plaintiff, | |
| -vs- | **ORDER** |
| Beaufort County Sheriff Office; Department of Hilton Head Island and Beaufort, South Carolina; and Chris Jones, in his individual and official capacity, | |
| Defendants. | |



This matter is before the Court on the pro se Plaintiff's complaint alleging violations of his constitutional rights, pursuant to 42 U.S.C. § 1983. By local rule, this case was referred to United States Magistrate Judge Robert S. Carr for initial review.

On June 15, 2006, the Magistrate Judge issued a report analyzing the complaint and recommending that this action be dismissed without prejudice and without issuance or service of process. Specifically, the Magistrate Judge noted that the Plaintiff had failed to exhaust his administrative remedies prior to bringing suit. The Magistrate Judge also recommended that this action be considered a "strike" under the provisions of 28 U.S.C. § 1915(g), because the action was clearly frivolous and due to the Plaintiff's repeated disregard for the orders of this Court.

Attached to the report and recommendation was a notice advising the Plaintiff that he had ten (10) days in which to file specific, written objections. To date, no such objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a <u>de novo</u> or any other standard, a magistrate judge's factual or legal conclusions. <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985); <u>Wells v. Shriner's Hosp.</u>, 109 F.3d 198, 201 (4th Cir. 1997). Here, since objections were not filed, there are no portions of the report and recommendation to which a <u>de novo</u> review must be conducted. Accordingly, the Magistrate Judge's report and recommendation is hereby adopted as the order of this Court, and it is

ORDERED that this action is dismissed without prejudice and without issuance or service of process; and this action is deemed to be a "strike" for purposes of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge



July **27**, 2006
Charleston, S.C.

2